UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICROFIBRES, INC. and HARTFORD FIBRES, LTD., :
Plaintiffs, :
v. : C.A. No.
SQUIRES HIGHTECH CORPORATION, :
Defendant. :

CA 04 21T

**COMPLAINT**

This is a civil action for money damages.

**Parties And Jurisdiction**

1. Plaintiff Microfibres, Inc. ("Microfibres") is a Rhode Island corporation with a principal place of business in Pawtucket, Rhode Island. Plaintiff Hartford Fibres, Ltd. ("Hartford") is a wholly owned subsidiary of Microfibres. Hartford is located in Kingston, Ontario, Canada.

2. Defendant Squires Hightech Corporation ("Squires") is a corporation. Upon information and belief, Squires is incorporated in, and has a principal place of business in, a state other than Rhode Island.

3. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.

**Factual Allegations**

4. Microfibres and Hartford produce fibres and other materials used in textile products. Squires produces and sells textile products.

5. During 2001 and 2002, Squires ordered certain goods from Microfibres and Hartford. All of the goods ordered by Squires were delivered by Microfibres and Hartford, and all of those

1

goods were accepted by Squires. Collectively, Microfibres and Hartford billed Squires approximately $367,000 for these goods.

6. Despite repeated demands by Microfibres and Hartford, Squires has failed and refused to pay for the $367,000 worth of goods sold and delivered to it by plaintiffs.

**Count I**
**Breach of Contract**

7. Microfibres and Hartford incorporate the foregoing paragraphs by reference.

8. A contract was formed each time Microfibres or Hartford produced goods in response to an order received from Squires. Those contracts required Squires to pay for the goods it contracted to purchase from Microfibres and Hartford. Squires has breached those contracts by failing to pay for the goods Microfibres and Hartford produced. As a proximate result of those breaches, Microfibres and Hartford have been damaged in an amount to be determined at trial.

**Count II**
**Book Account**

9. Microfibres and Hartford incorporate the foregoing paragraphs by reference.

10. Squires owes Microfibres and Hartford approximately $367,000 on book account. Despite repeated demands, Squires has failed and refused to pay this amount to Microfibres and Hartford. As a proximate result of Squires' failure to pay what it owes, Microfibres and Hartford have been damaged in an amount to be determined at trial.

**Count III**
**Unjust Enrichment**

11. Microfibres and Hartford incorporate the foregoing paragraphs by reference.

12. Microfibres and Hartford have sold and delivered certain goods to Squires. Squires has failed to pay for these goods. Thus, Squires has obtained goods at the expense of plaintiffs and, in the circumstances, it would be inequitable to permit Squires to retain those goods without

compensating plaintiffs. Microfibres and Hartford have thereby been damaged in an amount to be determined at trial.

WHEREFORE, Microfibres and Hartford demand judgment against Squires:

1. For compensatory damages in an amount to be determined at trial;
2. For interest and costs;
3. For attorneys fees pursuant to R.I. Gen. Laws § 9-1-45; and
4. For such further relief as this Court deems appropriate.

MICROFIBRES, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**PLAINTIFFS DEMAND TRIAL BY JURY**

FILED