AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Rhode Island

MICROFIBRES, INC. and HARTFORD FIBRES, LTD.

v.

SQUIRES HIGHTECH CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 04 21

TO: (Name and address of defendant)

Squires Hightech Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/27/04

(BY) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE February 5, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)* Robert M. Wolfe | TITLE State Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1200 Summer Street, Stamford, CT In the hands of Richard N. Petrucci Esq. agent for service, Squires Hightech Corp.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Return unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.00 | 35.00 | 39.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 5 2004
*Date*

[signature]
*Signature of Server*

PMB 162, 1127 High Ridge Rd Stamford, CT
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 FEB 26 A 10:47
FILED