UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICROFIBRES, INC. and :
HARTFORD FIBRES, LTD., :
:
Plaintiffs, :
:
v. : C.A. No. 04-21-T
:
SQUIRES HIGHTECH :
CORPORATION, :
Defendant. :

**NOTICE FOR ENTRY OF DEFAULT**

Pursuant to F.R.Civ.P. 55, plaintiff Microfibres, Inc. hereby moves for entry of default against defendant.

In support of this motion, Microfibres states that defendant was served with the Complaint on January 5, 2004 and has made no response within the permissible time.

MICROFIBRES, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

DEFAULT HEREBY ENTERED:

DEPUTY CLERK



4