**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICROFIBERS, INC., ET AL.,
Plaintiffs

v. C.A. No. 04-21T

SQUIRES HIGHTECH, ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **March 11th, 2005**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: 2/15/05

FORMS/SHWCAUS2.ORD

5