UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICROFIBRES, INC. and<br>HARTFORD FIBRES, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>SQUIRES HIGHTECH<br>CORPORATION,<br>    Defendant. | C.A. No. 04-21-T |

## RESPONSE TO SHOW CAUSE ORDER

Plaintiff Microfibres, Inc. hereby responds to this Court's show cause Order dated February 15, 2005.

At the request of Microfibres, this Court entered default against defendant in June 2004. Microfibres has been unable to locate the defendant or to ascertain whether it has any assets. (There is no telephone listing for the defendant in Fairfield, Connecticut, where it was formerly located. The defendant has not filed an annual report with the State of Connecticut since 2001, and does not appear to be in good standing with the Connecticut Secretary of State's Office.)

In the hope that it may one day locate the defendant or those responsible for its debts, Microfibres nonetheless requests that this Court not dismiss this action. Microfibres is filing herewith a Motion For Hearing On Assessment Of Damages so that it can obtain a default

judgment, in a sum certain, to levy against the defendant in the event that the defendant is located.

               MICROFIBRES, INC.

               By Its Attorneys,

_____
Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611