UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICROFIBRES, INC. and<br>HARTFORD FIBRES, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SQUIRES HIGHTECH<br>CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-21-T |

**MOTION FOR HEARING ON ASSESSMENT OF DAMAGES**

Pursuant to F. R. Civ. P. 55, plaintiff Microfibres hereby requests a hearing on assessment of damages in this case. This Court entered default against defendant in June 2004.

MICROFIBRES, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611