# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

21T

**CASE NUMBER: CA 04-~~312~~L** **DATE: April 14, 2005**

**TITLE: MICROFIBERS INC. v. SQUIRES HIGH TECH**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Mark Pogue**

**Defendant:**

**********************************************************************************

**Proceedings: Plaintiff's Motion for a Hearing on Assessment of Damages**

**All counsel of record present. No one present for defendant. One witness sworn in for testimony by plaintiffs. One exhibit entered as full. Court reserves ruling until plaintiffs file motion for entry of default judgment.**