(Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

Microfibres v. Squires High Tech

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-21T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Mark Pogue | |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 4-14-05 | | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Hearing on Plaintiffs' Motion for |
| | | | | | Hearing on Assessment of Damages |
| | | W-1 | | | Deborah Desrosiers |
| A | | 4-14-05 | ✓ | ✓ | Mthly Report |

9

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.