UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICROFIBRES, INC. and<br>HARTFORD FIBRES, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SQUIRES HIGHTECH<br>CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-21-T |

## MOTION FOR ENTRY OF JUDGMENT

Pursuant to F. R. Civ. P. 55, plaintiff Microfibres, Inc. hereby moves for entry of judgment in the amount of $429,892.73 against the defendant.

In support of this motion, the Court is respectfully referred to the accompanying memorandum.

MICROFIBRES, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICROFIBRES, INC. and<br>HARTFORD FIBRES, LTD.,<br><br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-21-T |
| SQUIRES HIGHTECH<br>CORPORATION,<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiff Microfibres, Inc. submits this memorandum in support of its motion for entry of judgment in the amount of $429,892.73. As shown below, Microfibres has proven damages in the amount of $429,892.73, and judgment should now enter in this amount.

**<u>Background</u>**

Microfibres filed this action in 2004. Defendant never responded to the Complaint. This Court entered default in June 2004.

On April 14, 2005, this Court (Magistrate Judge Martin) convened an evidentiary hearing to consider Microfibres' Motion for Hearing On Assessment Of Damages. At the conclusion of that hearing, Magistrate Judge Martin announced that Microfibres had proven, to his satisfaction, damages in the amount of $429,892.73. However, Magistrate Judge Martin requested that Microfibres present evidence documenting that the defendant had sufficient contacts with the State of Rhode Island to subject it to personal jurisdiction in this Court.

The Declaration Of James Fulks, filed herewith, demonstrates that the defendant had sufficient contacts with the State of Rhode Island at the time this action was filed to subject it to

personal jurisdiction in this Court. In particular, the Fulks Declaration, with its attachments, reflects that the defendant's representatives participated in at least two meetings in Rhode Island which related to the transactions at issue in this case. In addition, the Fulks Declaration demonstrates that Squires transmitted numerous e-mails and faxes to Microfibres in Rhode Island in connection with the transactions at issue.

In sum, the Fulks Declaration demonstrates that defendant was subject to personal jurisdiction in this Court at the time this action was filed. As a result, there is no impediment to this Court's entering judgment for Microfibres.

## Conclusion

For the foregoing reasons, this Court should enter judgment for Microfibres in the amount of $429,892.73.

MICROFIBRES, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611