UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CA 04-21T** **DATE: October 3, 2005**

**TITLE: MICROFIBRES, INC., ET AL v. SQUIRES HIGH TECH, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Mark Pogue**

**Defendant:**

**************************************************************************

**Proceedings: Plaintiffs' Motion for Entry of Judgement**

**Cournsel for plaintiffs present. Defendant not present. Court gives travel of case. Plaintiffs rest on the motion. Court takes matter under advisement. Court to issue a report and recmommendation.**