UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICROFIBRES, INC., and
HARTFORD FIBRES, LTD.

v.                              CA No. 04-21-T

SQUIRES HIGHTECH CORPORATION

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

Plaintiffs' Motion for Entry of Judgment by defendant is hereby granted.  Judgment may enter in favor of the plaintiffs for $429,892.73 plus interest.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: February 7 , 2006