UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICROFIBRES, INC., and
HARTFORD FIBRES, LTD.

v. CA No. 04-21-T

SQUIRES HIGHTECH CORPORATION

**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs' Motion for Entry of Judgment by defendant is hereby granted. Judgment may enter in favor of the plaintiffs for $429,892.73 plus interest.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: February 7, 2006