# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICROFIBRES, INC., and
HARTFORD FIBRES, LTD.,
Plaintiffs

vs. C.A. NO. 04-21T

SQUIRES HIGHTECH CORPORATION,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to an Order of this Court dated February 7th, 2006, judgment hereby enters on behalf of the Plaintiffs against the Defendant in the amount of $429,892.73 plus interest.

Enter:

Deputy Clerk

Dated: February 8th, 2006